# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

**CAMERON A. WHITE**                                                    **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO. 4:23-CV-P137-JHM**

**TERRY NUNLEY et al.**                                        **DEFENDANTS**

## **ORDER**

Upon review, the Court determines that this case is duplicative of an earlier case Plaintiff filed, *White v. Nunley*, 4:23-CV-P130-JHM, that remains pending before this Court. Accordingly,

**IT IS ORDERED** that this case is **ADMINISTRATIVELY CLOSED.**

Date: May 29, 2024

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:    Plaintiff, *pro se*
        Counsel of record
4414.009